# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MELISSA VINCENT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-23-957-J ) (formerly Oklahoma County |
| (2) GEICO CASUALTY COMPANY, | ) Case No. CJ-2023-4586) ) |
| Defendant. | ) |

## **NOTICE OF REMOVAL**

Pursuant to Fed. R. Civ. P. 81 and LCvR 81.2, Defendant GEICO Casualty Company ("GEICO") gives notice of the removal of this action from the District Court of Oklahoma County, State of Oklahoma, styled *Melissa Vincent v. GEICO Casualty Company, et al.,* Case No. CJ-2023-4586, to the United States District Court for the Western District of Oklahoma.[1] In support of this Notice, GEICO sets forth as follows:

1. On August 15, 2023, Plaintiff initiated litigation against GEICO and Cathy Cannon, the alleged tortfeasor, in Case No. CJ-2023-4586. On October 19, 2023, the Court severed the case. Consequently, Cannon is no longer a party to this litigation and Judge Bonner's Order renders this case removable. *See e.g., Halliburton v. Johnson & Johnson,* 983 F. Supp. 2d 1355, 1359 (W.D. Okla. 2013), aff'd sub nom. *Parson v. Johnson & Johnson*, 749 F.3d 879 (10th Cir. 2014) ("the proper course of conduct for defendants

---

[1] No admission of fact, law or liability is intended by this Notice of Removal, and Defendant expressly reserves all defenses, affirmative defenses and motions otherwise available.

1

would have been to file a motion to sever in state court and then remove the diverse claims, if any"). A copy of the Petition is attached as **EXHIBIT "1."** *See* 28 U.S.C. § 1446(a). A copy of the Order granting the Motion to Sever is attached as **EXHIBIT "2."** This Notice of Removal is, therefore, timely filed in accordance with 28 U.S.C. § 1446 and Fed. R. Civ. P. 6(a)(1)(C).

2. Plaintiff is a citizen of the State of Oklahoma. Petition, at ¶ 1.

3. At the time of this filing, GEICO was (and remains) a foreign corporation, incorporated under the laws of the State of Maryland with its "nerve center" or "principal place of business" in Chevy Chase, Maryland. (*See* NAIC Company Demographics for GEICO Casualty Company, attached as **EXHIBIT "3."**) GEICO was not and is not a citizen of the State of Oklahoma.

4. Federal subject matter jurisdiction in this action exists by reason of diversity of citizenship and an amount in controversy that exceeds the statutory minimum, exclusive of interests and costs, pursuant to 28 U.S.C.A. § 1332(a). *See* Petition, at 2 ("Wherefore" paragraph).

7. The removal of this action is authorized by 28 U.S.C.A. § 1441(a) which allows the removal of any civil action brought in a state court of which the District Courts of the United States have original jurisdiction.

8. A true and correct copy of all documents filed or served in the case are attached hereto as separate exhibits:

**EXHIBIT 1**:   Petition

**EXHIBIT 2**:   Order granting Motion to Sever

**EXHIBIT 3**:   NAIC Company Demographics for GEICO Casualty Company

**EXHIBIT 4**:   Summons to Cannon

**EXHIBIT 5**:   GEICO Casualty Company's Answer

**EXHIBIT 6**:   GEICO Casualty Company's Motion to Sever

**EXHIBIT 7**:   Plaintiff's Objection to Motion to Sever

**EXHIBIT 8**:   Cannon's Joinder in Motion to Sever

**EXHIBIT 9**:   Cannon's Answer

**EXHIBIT 10**:  GEICO Casualty Company's Reply in Support of Motion to Sever

9.Pursuant to LCvR 81.2, a copy of the docket sheet in Case No. CJ-2023-4586 in the District Court of Oklahoma County, State of Oklahoma, is attached hereto as **EXHIBIT "11."**

10.Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be promptly given to all adverse parties herein, and a copy will be filed with the Court Clerk of Oklahoma County District Court, Oklahoma.

## CONCLUSION

As the Court has jurisdiction over this action under 28 U.S.C. §§ 1332, GEICO prays that this Court will assume jurisdiction over this action and make such further orders herein as may be needed to properly resolve this controversy.

Respectfully Submitted,

s/Matthew C. Kane
**GERARD F. PIGNATO (OBA NO. 11473)**
**MATTHEW C. KANE (OBA NO. 19502)**

Of the Firm:
**RYAN WHALEY, PLLC**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
Telephone: (405) 239-6040
Facsimile: (405) 239-6766
Email:  jerry@ryanwhaley.com
            mkane@ryanwhaley.com

*Attorneys for Defendant,*
*GEICO Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Kent R. McGuire, Esquire
Linda H. McGuire, Esquire
MCGUIRE LAW FIRM
*ATTORNEYS FOR PLAINTIFF*

Michael G. McAtee, Esquire
Christine B. McInnes, Esquire
MCATEE & WOODS, PC
*ATTORNEYS FOR DEFENDANT,*
*CATHY CANNON*

s/Matthew C. Kane
Matthew C. Kane

4