UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELISSA VINCENT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-23-957-J |
| GEICO CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) ) |

## **JUDGMENT**

In accordance with the Court's order entered on this date, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of January, 2024.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE